IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFF TAYOUN | : | Case No. 4:12-cv-0068 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| CITY OF PITTSTON, and | : | |
| MAYOR JASON KLUSH | : | |
| | : | |
| Defendants. | : | |

**ORDER**

August 12, 2014

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT**, Defendants City of Pittston and Mayor Jason Klush's Motion for Summary Judgment is DENIED (ECF No. 23).

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge